act-2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO FILED

CONF

IN RE
MARIA A ROMAN RIVERA

03-07317 SEK

DEBTOR(S)

CHAPTER 13



## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **Mon Aug 25, 2003**
The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be:$ _0_

3. With respect to the attached payment plan:
=================================================================================
[ ]ORIGINAL PLAN DATE:Tue Jul 08, 2003    [ ]AMENDED PLAN DATE:
=================================================================================
### PLAN BASE: $ 34,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: *December 19, 2003*

[ ] FAVORABLE                    [X] UNFAVORABLE

1.[X]FEASIBILITY 11 USC SEC 1325(a)(6) *3 out of 5 payments due.*
*Last payment received in October 200*3

2.[ ]INSUFFICIENT FUNDED SEC 1325(b)_____

3.[ ]UNFAIR DISCRIMINATION SEC 1322(b)_____

4.[ ]FAILS LIQUIDATION VALUE TEST SEC 1325(a)(4)_____

5.[ ]FAILS DISPOSABLE INCOME TEST SEC 1325(b)_____

6.[ ]NO PROVISION FOR A SECURED CREDITOR_____

7.[ ]COMMENTS_____
NOTICE:This report anticipates trustee's position as per 11USC SEC 1302(b)(2) and a copy of wich is made available at his office
    for any interested party.

Atty Fee:1,500.00 /  100.00 /1,400.00

Atty:*ROBERTO FIGUEROA CARRASQUILL*

ALEJANDRO OLIVERAS RIVERA
PO BOX 9024062
SAN JUAN PR 00902-4062